# Supreme Court of Florida

_____

No. SC17-738
_____

**ORLANDO NOA,**
Petitioner,

vs.

**FLORIDA INSURANCE GUARANTY ASSOCIATION,**
Respondent.

[July 5, 2018]
**CORRECTED OPINION**

PER CURIAM.

We initially accepted jurisdiction to review the decision of the Third District Court of Appeal in *Noa v. Florida Insurance Guaranty Ass'n*, 215 So. 3d 141 (Fla. 3d DCA 2017), based on express and direct conflict. *See* art. V, § 3(b)(3), Fla. Const. After further consideration, we conclude that jurisdiction was improvidently granted. Accordingly, we hereby discharge jurisdiction and dismiss this review proceeding.

It is so ordered.

CANADY, C.J., and PARIENTE, QUINCE, POLSTON, LABARGA, and LAWSON, JJ., concur.
LEWIS, J., dissents.

NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING MOTION AND, IF FILED, DETERMINED.

Application for Review of the Decision of the District Court of Appeal – Direct Conflict of Decisions

Third District - Case No. 3D16-1367

(Miami-Dade County)

Paul B. Feltman of Alvarez, Feltman & DaSilva, P.L., Coral Gables, Florida,

for Petitioner

Hinda Klein of Conroy Simberg, Hollywood, Florida,

for Respondent